# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| PAMELA GOODE, Administratrix of the Estate of TIMOTHY GOODE, deceased, | : : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : : | No. 10-894 |
| CITY OF PHILADELPHIA and ANTHONY AVERY, | : : : | |
| Defendants. | : : | |

## ORDER

**AND NOW**, this 12th day of February, 2018, upon consideration of Defendants', the City of Philadelphia and Anthony Avery ("Defendants"), Motion for Summary Judgment (Doc. No. 10), and Plaintiff Pamela Goode's, in her capacity as Administratrix of the Estate of Timothy Goode, Memorandum of Law in Opposition (Doc. No. 12), it is hereby **ORDERED:**

1. Defendants' Motion for Summary Judgment is **GRANTED**;

2. Plaintiff's state law claims in Counts IV, VI, VII, and VIII are **DISMISSED WITHOUT PREJUDICE**; and

3. the Clerk of Court shall mark this case as **CLOSED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE